UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re: §
§
MENUCK, MARK A. § Case No. 12-59354
§
Debtor §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BASIL T. SIMON, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 934,864.00 *(Without deducting any secured claims)* | Assets Exempt: 50,352.00 |
| Total Distributions to Claimants: 15,728.57 | Claims Discharged Without Payment: 2,584,120.07 |
| Total Expenses of Administration: 16,771.43 | |

3) Total gross receipts of $ 32,500.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 32,500.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 1,959,454.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 30,653.93 | 16,771.43 | 16,771.43 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 2,649,218.00 | 1,463,490.64 | 1,463,490.64 | 15,728.57 |
| **TOTAL DISBURSEMENTS** | $ 4,608,672.00 | $ 1,494,144.57 | $ 1,480,262.07 | $ 32,500.00 |

4) This case was originally filed under chapter 7 on 08/23/2012 . The case was pending for 40 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/23/2015       By:/s/BASIL T. SIMON, TRUSTEE
                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| CURTIS-INVESTMENTS, LLC - CURRENTLY OPERATING - 20 | 1149-000 | 3,250.00 |
| CURTIS-KELLER, LLC (MEMBER OF REAL ESTATE AFFILIAT | 1149-000 | 3,250.00 |
| CHERRY HILL COMMERCIAL INVESTMENTS, LLC - CURRENTL | 1149-000 | 3,250.00 |
| 1925 HEIDE, LLC- CURRENTLY OPERATING - 33.33% MEMB | 1149-000 | 3,250.00 |
| PARAGON TROY INDUSTRIAL , LLC - CURRENTLY OPERATIN | 1149-000 | 3,250.00 |
| M2DC, LLC - CURRENTLY OPERATING - 23.75% MEMBER (T | 1149-000 | 3,250.00 |
| 34005 SCHOOLCRAFT ROAD, LLC - CURRENTLY OPERATING | 1149-000 | 3,250.00 |
| CURTIS INVESTMENTS II, LLC - CURRENTLY OPERATING - | 1149-000 | 3,250.00 |
| CURTIS NORTHVILLE HILLS, LLC - CURRENTLY OPERATING | 1149-000 | 3,250.00 |
| CURTIS BUILDING CO - CURRENTLY OPERATING (TRANSFER | 1149-000 | 3,250.00 |

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| **TOTAL GROSS RECEIPTS** | | **$ 32,500.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CLC Consumers Services PO Box 747054 Pittsburgh, PA 15274-7054 | | 0.00 | NA | NA | 0.00 |
| | City of Birmingham Dept. 173201 PO Box 67000 Detroit, MI 48267-1732 | | 19,572.00 | NA | NA | 0.00 |
| | Comerica Bank 2730 Liberty Ave. Pittsburgh, PA 15222 | | 568,367.00 | NA | NA | 0.00 |
| | Comerica Bank 39200 6 Mile Road Livonia, MI 48152-2656 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | David K. Page 660 Woodward Ave. Ste. 2290 Detroit, MI 48226-3506 | | 86,000.00 | NA | NA | 0.00 |
| | Fifth Third Bank 1000 Town Center, Suite 1600 Southfield, MI 48075-1232 | | 426,838.00 | NA | NA | 0.00 |
| | Howard & Howard 39400 Woodward Ave. Suite 101 Bloomfield Hills, MI 48304 | | 0.00 | NA | NA | 0.00 |
| | Huntington Mortgage Co. 7575 Huntington Park Dr. Columbus, OH 43235 | | 149,000.00 | NA | NA | 0.00 |
| | Provident Funding PO Box 513738 Los Angeles, CA 90051-3738 | | 209,677.00 | NA | NA | 0.00 |
| | Steven J. Harris 62 Grey Wolf Santa Fe, NM 87506 | | 500,000.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $ 1,959,454.00 | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BANK OF KANSAS CITY | 2600-000 | NA | 124.39 | 124.39 | 124.39 |
| US BANKRUPTCY COURT | 2700-000 | NA | 293.00 | 293.00 | 293.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| SIMON, STELLA & ZINGAS, P.C. | 3110-000 | NA | 21,882.50 | 8,000.00 | 8,000.00 |
| SIMON, STELLA & ZINGAS, P.C. | 3120-000 | NA | 162.12 | 162.12 | 162.12 |
| JOHN BOHL & ASSOCIATES, L.L.C. | 3410-000 | NA | 8,000.00 | 8,000.00 | 8,000.00 |
| JOHN BOHL & ASSOCIATES, L.L.C. | 3420-000 | NA | 191.92 | 191.92 | 191.92 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 30,653.93 | $ 16,771.43 | $ 16,771.43 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 44th District Court PO Box 20 400 East 11 Mile Road Royal Oak, MI 48068 | | 50.00 | NA | NA | 0.00 |
| | Allen Menuck 1906 Pine Ridge Court Bloomfield Hills, MI 48302 | | 20,000.00 | NA | NA | 0.00 |
| | American Express PO Box 0001 Los Angeles, CA 90096-8000 | | 0.00 | NA | NA | 0.00 |
| | Butzel Long Stoneridge West, 41000 Woodward Ave. Bloomfield Hills, MI 48304 | | 0.00 | NA | NA | 0.00 |
| | CTI Inc. PO Box 4783 Chicago, IL 60680-4783 | | 0.00 | NA | NA | 0.00 |
| | Card Member Services P.O. Box 108 Saint Louis, MO 63166 | | 4,464.00 | NA | NA | 0.00 |
| | Card Member Services P.O. Box 108 Saint Louis, MO 63166 | | 6,444.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | City of Chicago c/o Sears Auto Center 6153 So Western Ave. Chicago, IL 60636 | | 171.00 | NA | NA | 0.00 |
| | Dr. Richard N. Mark PO Box 9072 Farmington Hills, MI 48333 | | 72,000.00 | NA | NA | 0.00 |
| | Edgemere Investments 633 Edgemere Bloomfield Hills, MI 48304 | | 75,000.00 | NA | NA | 0.00 |
| | Fifth Third Bank c/o Warner, Norcross & Judd, LLP 12900 Hall Road, Suite 440 Sterling Heights, MI 48313 | | 0.00 | NA | NA | 0.00 |
| | Florine Mark PO Box 9072 Farmington Hills, MI 48333 | | 72,000.00 | NA | NA | 0.00 |
| | GECRB/Old Navy P.O. Box 965005 Orlando, FL 32896 | | 39.00 | NA | NA | 0.00 |
| | GRMFAM, LLC 251 Pierce Birmingham, MI 48009 | | 100,000.00 | NA | NA | 0.00 |
| | HSBC Retail Services PO Box 5238 Carol Stream, IL 60197-5238 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Hannan Lis 28555 Orchard Lake Road Suite 100 Farmington Hills, MI 48334 | | 18,000.00 | NA | NA | 0.00 |
| | Huntington Bank PO Box 2059 Columbus, OH 43216 | | 140,000.00 | NA | NA | 0.00 |
| | Irwin Elson 633 Edgemere Bloomfield Hills, MI 48304 | | 75,000.00 | NA | NA | 0.00 |
| | Kalas Kadian, PLS 43928 Mound Road Suite 100 Sterling Heights, MI 48314 | | 0.00 | NA | NA | 0.00 |
| | Lakritz Weber & Company c/o Knox Law Firm, PC 4190 Telegraph Road., Suite 3500 Bloomfield Hills, MI 48302 | | 50,000.00 | NA | NA | 0.00 |
| | NJ Investments Group, LLC c/o Michael Jacobson, Esq. 27777 Franklin Road, Suite 2500 Southfield, MI 48034 | | 0.00 | NA | NA | 0.00 |
| | San Diego Superior Court 325 S. Melrose Drive Sutie 350 Vista, CA 92081 | | 0.00 | NA | NA | 0.00 |
| | Steven J. and Rosalie Harris 62 Grey Wolf Santa Fe, NM 87506 | | 500,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Superior Court of California c/o Allianceone Receivables Managemen PO Box 2449 Gig Harbor, WA 98335-2449 | | 675.00 | NA | NA | 0.00 |
| | Swad & Company, CPA's 38701 Seven Mile Road Suite 245 Livonia, MI 48152 | | 0.00 | NA | NA | 0.00 |
| | Temple Israel 5725 Walnut Lake road West Bloomfield, MI 48323-2373 | | 600.00 | NA | NA | 0.00 |
| | US Bank PO Box 790408 Saint Louis, MO 63179-0408 | | 0.00 | NA | NA | 0.00 |
| | US Bank PO Box 790408 Saint Louis, MO 63179-0409 | | 1,915.00 | NA | NA | 0.00 |
| 000002 | AMERICAN EXPRESS BANK FSB | 7100-000 | 15,819.00 | 14,358.90 | 14,358.90 | 154.32 |
| 000003 | BUTZEL LONG | 7100-000 | 31,000.00 | 59,377.14 | 59,377.14 | 638.14 |
| 000004 | ECAST SETTLEMENT CORPORATION | 7100-000 | 1,106.00 | 1,130.68 | 1,130.68 | 12.15 |
| 000001 | NJ INVESTMENT GROUP LLC | 7100-000 | 1,460,142.00 | 1,376,909.45 | 1,376,909.45 | 14,798.06 |
| 000005 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-000 | 4,793.00 | 11,714.47 | 11,714.47 | 125.90 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 2,649,218.00 | $ 1,463,490.64 | $ 1,463,490.64 | $ 15,728.57 |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Case No: 12-59354 PJS  Judge: PHILLIP J. SHEFFERLY  
Case Name: MENUCK, MARK A.  

Trustee Name: BASIL T. SIMON, TRUSTEE  
Date Filed (f) or Converted (c): 08/23/12 (f)  
341(a) Meeting Date: 09/27/12  
Claims Bar Date: 03/30/15  

For Period Ending: 11/23/15

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. PERSONAL RESIDENCE 990 PIERCE, BIRMINGHAM, MI 480<br>Order to Lift Stay P/O 11/03/14<br>Order Terminating Order to Lift Stay P/O 03/03/15 | 900,000.00 | 0.00 | | 0.00 | FA |
| 2. CASH | 100.00 | 0.00 | | 0.00 | FA |
| 3. NO OPEN BANK ACCOUNTS | 0.00 | 0.00 | | 0.00 | FA |
| 4. HOUSEHOLD GOODS AND FURNITURE INCLUDING COMPUTER E | 15,000.00 | 0.00 | | 0.00 | FA |
| 5. CARTOON COLLECTION - ANIMATION CELLS $5,000.00; MI | 2,850.00 | 0.00 | | 0.00 | FA |
| 6. CLOTHING | 500.00 | 0.00 | | 0.00 | FA |
| 7. JEWELRY - RADO WATCH, WEDDING RING, TECHNO MARINE | 1,400.00 | 0.00 | | 0.00 | FA |
| 8. EXERCISE EQUIPMENT, BIKES, DIGITAL CAMERA AND VIDE | 500.00 | 0.00 | | 0.00 | FA |
| 9. WEST COAST LIFE INSURANCE TERM LIFE INSURANCE POLI | Unknown | 0.00 | | 0.00 | FA |
| 10. MORGAN STANLEY RETIRMENT ACCOUNT | 354.00 | 0.00 | | 0.00 | FA |
| 11. ALSAN BUILT HOMES, INC. - CURRENT OPERATING - 20%<br>Estate's Interest in Asset Abandoned per Notice filed 09/11/14 | Unknown | 1.00 | OA | 0.00 | FA |
| 12. CURTIS-INVESTMENTS, LLC - CURRENTLY OPERATING - 20 | Unknown | 1.00 | | 3,250.00 | FA |
| 13. CURTIS-CHERRY HILL VILLAGE, LLC - CURRENTLY OPERAT<br>Estate's Interest in Asset Abandoned per Notice filed 03/10/15 | Unknown | 1.00 | OA | 0.00 | FA |
| 14. KIRKWAY VILLAGE INVESTMENTS, LP - CURRENTLY OPERAT<br>Estate's Interest in Asset Abandoned per Notice filed | Unknown | 1.00 | OA | 0.00 | FA |

Case No: 12-59354 PJS Judge: PHILLIP J. SHEFFERLY  Trustee Name: BASIL T. SIMON, TRUSTEE
Case Name: MENUCK, MARK A.  Date Filed (f) or Converted (c): 08/23/12 (f)
341(a) Meeting Date: 09/27/12
Claims Bar Date: 03/30/15

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 09/11/14 | | | | | |
| 15. KIRKWAY GENERAL, INC. - CURRENTLY OPERATING - 0.05<br>  Estate's Interest in Asset Abandoned per Notice filed 09/11/14 | Unknown | 1.00 | OA | 0.00 | FA |
| 16. MYSTIC COVE ASSOCIATES, LLC - CURRENTLY OPERATING<br>  Estate's Interest in Asset Abandoned per Notice filed 03/10/15 | Unknown | 1.00 | OA | 0.00 | FA |
| 17. CURTIS-NORTHFIELD, LLC - CURRENTLY OPERATING - 25.<br>  Estate's Interest in Asset Abandoned per Notice filed 09/11/14 | Unknown | 1.00 | OA | 0.00 | FA |
| 18. CURTIS-KELLER, LLC (MEMBER OF REAL ESTATE AFFILIAT | Unknown | 1.00 | | 3,250.00 | FA |
| 19. CHERRY HILL COMMERCIAL INVESTMENTS, LLC - CURRENTL | Unknown | 1.00 | | 3,250.00 | FA |
| 20. 1925 HEIDE, LLC- CURRENTLY OPERATING - 33.33% MEMB | Unknown | 1.00 | | 3,250.00 | FA |
| 21. PARAGON TROY INDUSTRIAL , LLC - CURRENTLY OPERATIN | Unknown | 1.00 | | 3,250.00 | FA |
| 22. OLTC, LLC (ORCHARD LAKE TRADE CENTER) - CURRENTLY<br>  Estate's Interest in Asset Abandoned per Notice filed 09/11/14 | Unknown | 1.00 | OA | 0.00 | FA |
| 23. MCM LAND, LLC (GENERAL MANAGER OF 32300 CAPITOL, L<br>  Estate's Interest in Asset Abandoned per Notice filed 09/11/14 | Unknown | 1.00 | OA | 0.00 | FA |
| 24. M2DC, LLC - CURRENTLY OPERATING - 23.75% MEMBER (T | Unknown | 1.00 | | 3,250.00 | FA |
| 25. 34005 SCHOOLCRAFT ROAD, LLC - CURRENTLY OPERATING | Unknown | 1.00 | | 3,250.00 | FA |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 3
Exhibit 8

Case No: 12-59354 PJS   Judge: PHILLIP J. SHEFFERLY
Case Name: MENUCK, MARK A.

Trustee Name: BASIL T. SIMON, TRUSTEE
Date Filed (f) or Converted (c): 08/23/12 (f)
341(a) Meeting Date: 09/27/12
Claims Bar Date: 03/30/15

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 26. PARAGON NORTH VALLEY, LLC - CURRENTLY OPERATING - <br>  Estate's Interest in Asset Abandoned per Notice filed 09/11/14 | Unknown | 1.00 | OA | 0.00 | FA |
| 27. NV INVESTORS GP, LLC - CURRENTLY OPERATING - 33.33 <br>  Estate's Interest in Asset Abandoned per Notice filed 09/11/14 | Unknown | 1.00 | OA | 0.00 | FA |
| 28. CURTIS REAL ESTATE SERVICES, LLC - CURRENTLY OPERA <br>  Estate's Interest in Asset Abandoned per Notice filed 09/11/14 | Unknown | 1.00 | OA | 0.00 | FA |
| 29. CURTIS-NORTHFIELD NORTH, LLC - CURRENTLY OPERATING <br>  Estate's Interest in Asset Abandoned per Notice filed 09/11/14 | Unknown | 1.00 | OA | 0.00 | FA |
| 30. CURTIS INVESTMENTS II, LLC - CURRENTLY OPERATING - | Unknown | 1.00 | | 3,250.00 | FA |
| 31. CURTIS-VILLAGE INVESTMENTS, LLC - CURRENTLY OPERAT <br>  Estate's Interest in Asset Abandoned per Notice filed 09/11/14 | Unknown | 1.00 | OA | 0.00 | FA |
| 32. MFM MANAGEMENT, LLC - CURRENTLY OPERATING - 33% ME <br>  Estate's Interest in Asset Abandoned per Notice filed 09/11/14 | Unknown | 1.00 | OA | 0.00 | FA |
| 33. CURTIS NORTHVILLE HILLS, LLC - CURRENTLY OPERATING | Unknown | 1.00 | | 3,250.00 | FA |
| 34. CURTIS BUILDING CO - CURRENTLY OPERATING (TRANSFER | Unknown | 1.00 | | 3,250.00 | FA |
| 35. CURTIS INVESTMENTS III, LLC - CURRENTLY OPERATING <br>  Estate's Interest in Asset Abandoned per Notice filed 09/11/14 | Unknown | 1.00 | OA | 0.00 | FA |

| Case No: | 12-59354 PJS | Judge: PHILLIP J. SHEFFERLY | Trustee Name: | BASIL T. SIMON, TRUSTEE |
| --- | --- | --- | --- | --- |
| Case Name: | MENUCK, MARK A. | | Date Filed (f) or Converted (c): | 08/23/12 (f) |
| | | | 341(a) Meeting Date: | 09/27/12 |
| | | | Claims Bar Date: | 03/30/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 36. WALT DISNEY STOCK - 5 SHARES | 260.00 | 0.00 | | 0.00 | FA |
| 37. ISRAEL BONDS | 900.00 | 0.00 | | 0.00 | FA |
| 38. ISRAEL BONDS (JOINT WITH NON-FILING SPOUSE, $4,500 | 2,250.00 | 0.00 | | 0.00 | FA |
| 39. CASH FROM TWO SERIESS EE SAVINGS BONDS (JOINT WITH | 75.00 | 0.00 | | 0.00 | FA |
| 40. FRANK DIDARIO & CHUCK SHATTLEROE    Estate's Interest in Asset Abandoned per Notice filed 09/11/14 | 40,000.00 | 1.00 | OA | 0.00 | FA |
| 41. 2010 IRS AND SOM TAX RETURN (JOINT WITH NON-FILING | 808.00 | 0.00 | | 0.00 | FA |
| 42. 2011 IRS AND SOM TAX RETURN - DEBTOR DOES NOT ANTI | Unknown | 0.00 | | 0.00 | FA |
| 43. ACCRUED 2012 TAX REFUND - DEBTOR DOES NOT ANTICPAT | Unknown | 0.00 | | 0.00 | FA |
| 44. ONE OR MORE OF THE ENTITIES LISTED HEREIN ON SCHED | Unknown | 0.00 | | 0.00 | FA |
| 45. 1978 OLDSMOBILE CUSTOM CRUISER | 3,000.00 | 0.00 | | 0.00 | FA |
| 46. 2009 SAAB 97X (SEIZED BUT RETURNED POST-PETITION) | 15,000.00 | 0.00 | | 0.00 | FA |
| 47. 2003 HONDA MOPED - DAMAGED AND IN PIECES | 50.00 | 0.00 | | 0.00 | FA |
| 48. 1996 LAND ROVER DISCOVERY | 500.00 | 0.00 | | 0.00 | FA |
| 49. 2000 21FT SEARAY WITH TRAILER (1/3 INTEREST, JOINT | 1,667.00 | 0.00 | | 0.00 | FA |
| 50. DOG | 1.00 | 0.00 | | 0.00 | FA |
| 51. SEASON TICKET HOLDER FOR UNIVERSITY OF MICHIGAN FO | 0.00 | 0.00 | | 0.00 | FA |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Case No: 12-59354 PJS  Judge: PHILLIP J. SHEFFERLY  
Case Name: MENUCK, MARK A.  

Trustee Name: BASIL T. SIMON, TRUSTEE  
Date Filed (f) or Converted (c): 08/23/12 (f)  
341(a) Meeting Date: 09/27/12  
Claims Bar Date: 03/30/15  

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 52. PREFERENCE PAYMENTS (u) VOID ASSET. | 1.00 | 0.00 | | 0.00 | FA |

TOTALS (Excluding Unknown Values)    $985,216.00    $26.00    $32,500.00

Value of Remaining Assets  $0.00  
(Total Dollar Amount in Column 6)

___

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/15    Current Projected Date of Final Report (TFR): 12/31/15

/s/    BASIL T. SIMON, TRUSTEE  
_____    Date: 11/23/15  
BASIL T. SIMON, TRUSTEE  
SIMON, STELLA & ZINGAS, P.C.  
645 GRISWOLD  
SUITE 3466  
DETROIT, MI  48226-4216  
Phone: (313) 962-6400  
Email: bsimon@sszpc.com  
Bar Number: P26340

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 12-59354 -PJS | Trustee Name: BASIL T. SIMON, TRUSTEE |
| Case Name: MENUCK, MARK A. | Bank Name: BANK OF KANSAS CITY |
| | Account Number / CD #: *******1138 Checking Account (Non-Interest Earn |
| Taxpayer ID No: *******7944 | |
| For Period Ending: 11/23/15 | Blanket Bond (per case limit): $ 2,000,000.00 |
| | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C 12/23/14 | * NOTE * | ALLEN MENUCK/ CURTIS REAL ESTATE SERV. | SETTLEMENT P/O 12/09/14 * NOTE * Properties 12, 18, 19, 20, 21, 24, 25, 30, 33, 34 | 1149-000 | 20,000.00 | | 20,000.00 |
| C 12/31/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 19,990.00 |
| C 01/30/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 29.71 | 19,960.29 |
| C 02/05/15 | * NOTE * | ALLEN MENUCK | SETTLEMENT P/O 12/09/14 * NOTE * Properties 12, 18, 19, 20, 21, 24, 25, 30, 33, 34 | 1149-000 | 10,000.00 | | 29,960.29 |
| C 02/24/15 | * NOTE * | ALLEN MENUCK | SETTLEMENT P/O 12/09/14 * NOTE * Properties 12, 18, 19, 20, 21, 24, 25, 30, 33, 34 | 1149-000 | 2,500.00 | | 32,460.29 |
| C 02/27/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 36.51 | 32,423.78 |
| C 03/31/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 48.17 | 32,375.61 |
| C 09/21/15 | 003000 | US BANKRUPTCY COURT 211 WEST FORT STREET 17TH FLOOR DETROIT, MI 48226 | COMPLAINT PER COD 09/21/15 PAID @ 100% | 2700-000 | | 293.00 | 32,082.61 |
| C 09/21/15 | 003001 | SIMON, STELLA & ZINGAS, P.C. 645 GRISWOLD SUITE 3466 DETROIT, MI 48226 | ATTY FOR TRUSTEE FEE P/O 09/17/15 PAID @ 100% | 3110-000 | | 8,000.00 | 24,082.61 |
| C 09/21/15 | 003002 | SIMON, STELLA & ZINGAS, P.C. 645 GRISWOLD SUITE 3466 DETROIT, MI 48226 | ATTY FOR TRUSTEE EXP P/O 09/17/15 PAID @ 100% | 3120-000 | | 162.12 | 23,920.49 |
| C 09/21/15 | 003003 | JOHN BOHL & ASSOCIATES, L.L.C. 24359 NORTHWESTERN HWY. SUITE 250 SOUTHFIELD, MI 48075 | ACCT FOR TRUSTEE FEE P/O 09/17/15 PAID @ 100% | 3410-000 | | 8,000.00 | 15,920.49 |
| C 09/21/15 | 003004 | JOHN BOHL & ASSOCIATES, L.L.C. 24359 NORTHWESTERN HWY. SUITE 250 SOUTHFIELD, MI 48075 | ACCT FOR TRUSTEE FEE P/O 09/17/15 PAID @ 100% | 3420-000 | | 191.92 | 15,728.57 |
| C 09/21/15 | 003005 | NJ INVESTMENT GROUP LLC C/O RICHARD KRUGER, ESQ. | UNSECURED CL# 1 PER COD 09/21/15 AMOUNT ALLOWED: $1,376,909.45 | 7100-000 | | 14,798.06 | 930.51 |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: | 12-59354 -PJS |
| Case Name: | MENUCK, MARK A. |
| Taxpayer ID No: | *******7944 |
| For Period Ending: | 11/23/15 |

| | |
|---|---|
| Trustee Name: | BASIL T. SIMON, TRUSTEE |
| Bank Name: | BANK OF KANSAS CITY |
| Account Number / CD #: | *******1138 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 2,000,000.00 |
| Separate Bond (if applicable): | |

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Trans. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | JAFFE RAITT HEUER & WEISS, P.C. 27777 FRANKLIN ROAD, SUITE 2500 SOUTHFIELD, MI 48034 | PAID @ 1.0747% | | | | |
| C 09/21/15 | 003006 | AMERICAN EXPRESS BANK FSB C/O BECKET AND LEE LLP POB 3001 MALVERN PA 19355-0701 | UNSECURED CL# 2 PER COD 09/21/15 AMOUNT ALLOWED: $14,358.90 PAID @ 1.0747% | 7100-000 | | 154.32 | 776.19 |
| C 09/21/15 | 003007 | BUTZEL LONG 150 WEST JEFFERSON SUITE 100 DETROIT MI 48226 | UNSECURED CL# 3 PER COD 09/21/15 AMOUNT ALLOWED: $59,377.14 PAID @ 1.0747% | 7100-000 | | 638.14 | 138.05 |
| C 09/21/15 | 003008 | ECAST SETTLEMENT CORPORATION C/O BASS & ASSOCIATES, P.C. 3936 E. FT. LOWELL ROAD, SUITE #200 TUCSON, AZ 85712 | UNSECURED CL# 4 PER COD 09/21/15 AMOUNT ALLOWED: $1,130.68 PAID @ 1.0746% | 7100-000 | | 12.15 | 125.90 |
| C 09/21/15 | 003009 | PORTFOLIO RECOVERY ASSOCIATES, LLC POB 12914 NORFOLK VA 23541 | UNSECURED CL# 5 PER COD 09/21/15 AMOUNT ALLOWED: $11,714.47 PAID @ 1.0747% | 7100-000 | | 125.90 | 0.00 |

\* Reversed  
t Funds Transfer  
C Bank Cleared

| Account | | | | | |
|---|---|---|---|---|---|
| *******1138 | Balance Forward | 0.00 | | | |
| | 3 Deposits | 32,500.00 | 10 Checks | 32,375.61 | |
| | 0 Interest Postings | 0.00 | 4 Adjustments Out | 124.39 | |
| | Subtotal | $ 32,500.00 | 0 Transfers Out | 0.00 | |
| | 0 Adjustments In | 0.00 | Total | $ 32,500.00 | |
| | 0 Transfers In | 0.00 | | | |
| | Total | $ 32,500.00 | | | |